```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/01/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROSANNA ANTOLINO GAMBINO and ANTHONY  :
GAMBINO,                                                                          :
                                                                                            :
                          Plaintiffs,                       :          21-cv-5404 (LJL)
                                                                                            :
       -v-                                                                 :          ORDER
                                                                                            :
WALMART, INC. et al.,                                                         :
                                                                                            :
                         Defendants.                  :
                                                                                          X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       For the reasons stated in Dkt. No. 14 and at the status conference on February 25, 2022, and noting that remand is not opposed by any parties, it is HEREBY ORDERED that this case is REMANDED to state court.

       The Clerk of Court is respectfully directed to take all actions necessary to effectuate the remand.

       SO ORDERED.

Dated: March 1, 2022                                     _____
       New York, New York                                                LEWIS J. LIMAN
                                                          United States District Judge